UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CHAVEZ,<br><br>                Plaintiff,<br><br>    -against-<br><br>bit.ly/sru1466418, et al.,<br><br>               Defendants. | 23cv11284 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 8, 2024, order, this action is dismissed. The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates the order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   November 8, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge